

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00381-CV

| | | |
|---|---|---|
| BETTY ORTIZ AND DAVID M. WETHY, Appellants | § | On Appeal from the 67th District Court |
| | § | of Tarrant County (067-313108-19) |
| V. | § | January 7, 2021 |
| MARCUS B. LEINART AND LEINART LAW FIRM, Appellees | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
      Justice Dana Womack